UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                           CASE NO. 05 B 26474
   JOSE MOLINA PANGANIBAN
   REMELYN KALAW PANGANIBAN                      CHAPTER 13

                                                 JUDGE: MANUEL BARBOSA
            Debtor
   SSN XXX-XX-3577     SSN XXX-XX-9340
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/01/05 and confirmed on 09/22/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 55560.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WORLD SAVINGS | CURRENT MORTG | .00 | .00 | .00 |
| WORLD SAVINGS | SECURED | .00 | .00 | .00 |
| CARMAX AUTO FINANCE | SECURED | 2364.00 | 86.19 | 2364.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 18488.35 | .00 | 6119.11 |
| FIA CARD SERVICES | UNSECURED | 4770.06 | .00 | 1578.75 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 314.54 | .00 | 104.10 |
| WORLD FINANCIAL NETWORK | UNSECURED | 288.78 | .00 | 95.58 |
| CAPITAL ONE BANK | UNSECURED | 10873.31 | .00 | 3598.75 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 489.81 | .00 | 162.11 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 22451.60 | .00 | 7430.83 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9471.93 | .00 | 3134.94 |
| CHASE BANK | UNSECURED | 8609.63 | .00 | 2849.54 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2789.52 | .00 | 923.25 |
| CITI CARDS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1731.54 | .00 | 573.09 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 321.07 | .00 | 106.26 |
| DISCOVER BANK | UNSECURED | 8986.43 | .00 | 2974.25 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| KOHLS | UNSECURED | 727.19 | .00 | 240.68 |
| KOHLS | UNSECURED | 697.94 | .00 | 231.00 |
| MARSHALL FIELD | UNSECURED | 297.28 | .00 | 98.39 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2643.51 | .00 | 874.93 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 24287.04 | .00 | 8038.31 |
| ECAST SETTLEMENT CORP | UNSECURED | 4312.26 | .00 | 1427.23 |
| ECMC | UNSECURED | 8576.25 | .00 | 2838.49 |

```
SAMS CLUB                         UNSECURED       NOT FILED           .00           .00
RESURGENT CAPITAL SERVIC          UNSECURED         3928.53           .00       1300.23
SEARS BKRUPTCY RCVRY MGM          UNSECURED       NOT FILED           .00           .00
T MOBILE                          UNSECURED          690.65           .00        228.59
RESURGENT CAPITAL SERVIC          UNSECURED         9176.00           .00       3036.99
WALMART                           UNSECURED       NOT FILED           .00           .00
GE MONEY BANK                     UNSECURED          200.00           .00         66.19
CARMAX AUTO FINANCE               UNSECURED         3026.43           .00       1001.66
ECMC                              UNSECURED         1258.84           .00        416.64
ECMC                              UNSECURED         2114.37           .00        699.80
         Summary of disbursements:
-----------------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  2364.00          .00      151522.86          .00      153886.86
PRINCIPAL PAID      2364.00          .00       50149.69          .00       52513.69
INTEREST PAID         86.19          .00            .00          .00          86.19
TOTAL PAID          2450.19          .00       50149.69          .00       52599.88
```

The Debtor's attorney, COSTELLO & COSTELLO       , was allowed $   2200.00
and was paid $   1006.00  direct and $   1194.00  through the plan.

The Trustee received $   1766.12 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/17/07              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 26474 JOSE MOLINA PANGANIBAN & REMELYN KALAW PANGANIBAN